[No. 9237-5-I. Division One. June 21, 1982.]

JAMES A. PRIDDY, *Appellant*, v. LEROY LINSON,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 853994, Jack Youngberg, J. Pro Tem., entered July 29, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by James and Swanson, JJ.

[No. 10214-1-I. Division One. June 21, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
M. NELLAMS, *Appellant*.

Appeal from judgments of the Superior Court for King County, Nos. 80-8-04830-1, 80-8-03168-8, Robert E. Dixon, J., and Maurice Epstein, J. Pro Tem., entered February 3 and 5, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold and Corbett, JJ.

[No. 5377-2-II. Division Two. June 22, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN
JAMES THATCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 80-1-00533-2, John N. Skimas, J., entered February 6, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 5155-9-II. Division Two. June 22, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
H. McNEESE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 80-1-00160-2, Jay W. Hamilton, J., entered October 10, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Worswick, JJ.